| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **Case No. 24-17273-MEH** |
| **DISTRICT OF NEW JERSEY** | **Chapter 13** |
| **(NEWARK VICINAGE)** | **Hon. Mark E. Hall, U.S.B.J.** |

In re:

ROGER JOHN MUNOZ,

Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that Jonathan Stone, Esquire, attorney for Roger John Munoz (the "Movant"), hereby enters an appearance in this matter and requests that all notices and papers be served upon:

Jonathan Stone, ESQ, CPA, MST, LLC
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002

Tel: (908) 979–9919
Email: jonathan.stone@jonstonelaw.com

PLEASE TAKE FURTHER NOTICE that Movant requests that service be made through the Court's CM/ECF system and, where CM/ECF service is not available, by U.S. Mail and/or email.

Respectfully submitted,

Jonathan Stone, ESQ, CPA, MST, LLC

By: /s/ Jonathan Stone, Esq.

Jonathan Stone, Esq.
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel: (908) 979–9919
Email: jonathan.stone@jonstonelaw.com
Dated: July 26, 2026